IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. A. NO. 4:13-cv-02906 |
| | § | |
| FX NETWORKS, LLC, TWENTIETH CENTURY FOX FILM CORPORATION, TWENTY-FIRST CENTURY FOX, INC. and FXX NETWORK, LLC, | § § § § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## **PLAINTIFF'S SUPPLEMENTAL MOTION IN LIMINE**

Prior to the voir dire examination of the jury, and before presentation of any evidence, Plaintiff Exxon Mobil Corporation ("ExxonMobil")[1] moves the Court to order Defendants FX Networks, LLC, Twentieth Century Fox Film Corporation, Twenty-First Century Fox, Inc. and FXX Networks, LLC ("Fox Defendants"), their attorneys, and witnesses, to refrain from mentioning or referring to, directly or indirectly, in any manner whatsoever, including the offering of testimony and/or exhibits, before the jury panel or the jury itself, the matters listed below, without first approaching the bench out of the hearing and presence of the jury panel and jury:

---

[1] Any reference to ExxonMobil shall also include any parent, subsidiary or affiliated company of ExxonMobil, as well as their agents, employees, representatives, officers and directors.

28. Any reference to any direct injury or lack thereof suffered by ExxonMobil as a result of the Defendants' infringement, or any reference to the Court's order dismissing ExxonMobil's claim for direct injury (Dkt. No. 182).

GRANTED \_\_\_\_\_            DENIED \_\_\_\_\_

Respectfully submitted,

By: */s/ David J. Beck*
David J. Beck
Texas Bar No. 00000070
Federal I.D. No. 16605
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone:  (713) 951-3700
Telecopier:  (713) 951-3720
**ATTORNEY IN CHARGE FOR
EXXON MOBIL CORPORATION**

**OF COUNSEL:**
Alex B. Roberts
Texas State Bar No.  24056216
Federal Bar No. 865757
Michael E. Richardson
Texas State Bar No. 24002838
Federal Bar No. 23630
Joel T. Towner
Texas State Bar No. 24083978
Federal Bar No. 2442971
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720

Louis T. Pirkey
Texas Bar No. 16033000
Federal Bar No. 391
Stephen P. Meleen
Texas Bar No. 00795776
Federal Bar No. 24154
Tyson D. Smith
Texas Bar No. 24079362
Federal Bar No. 2016979
Alexandra H. Bistline
Texas Bar No. 24092137
Federal Bar No. 2627667
PIRKEY BARBER, PLLC
600 Congress Avenue, Suite 2120
Austin, Texas  78701
Telephone:  (512) 322-5200
Facsimile:  (512) 322-5201

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was served on this 31st day of August, 2015, via email, by agreement of the parties on the following counsel of record:

Paul L. Mitchell, Esq.
Brian C. Pidcock, Esq.
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002

William H. "Bill"Brewster, Esq.
R. Charles Henn, Jr., Esq.
Sabina A. Vayner, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309-4528

Larry McFarland, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Blvd PH
Beverly Hills, California 90212-2018

                                                      */s/ Alex B. Roberts*
                                                        Alex B. Roberts