IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § § Plaintiff, § § vs. § FX NETWORKS, LLC, TWENTIETH § CENTURY FOX FILM § CORPORATION, TWENTY-FIRST § CENTURY FOX, INC., and FXX § NETWORK, LLC, § § Defendants. § | CIVIL ACTION NO. H-13-2906 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS IN LIMINE

Pursuant to Local Rule 7.4, should such be necessary, Defendants FX Networks, LLC, Twentieth Century Fox Film Corporation, Twenty-First Century Fox, Inc., and FXX Network, LLC (collectively, "FX") file this response to the Motion in Limine (Docket No. 180, at Tab F-1) and Supplemental Motion in Limine (Docket No. 185) filed by Plaintiff Exxon Mobil Corporation ("Exxon"), and respectfully advise the Court that FX is opposed to any of Exxon's motions in limine on which the parties are unable to reach agreement.

Counsel for FX will continue to confer with counsel for Exxon in an effort to reach agreement upon as many portions of the parties' motions in limine as possible, with the understanding that any motion in limine agreed by the parties

1

will bind both Exxon and FX, regardless of which party sought the ruling.  FX will argue any remaining portions of Exxon's Motion in Limine and Exxon's Supplemental Motion in Limine when the Court takes up the motions in limine at the final pretrial conference on November 6, 2015.

        Respectfully submitted,

        *s/ William H. Brewster*
        William H. Brewster (*pro hac vice*)
        (*Attorney-in-charge for Defendants*)

| | |
|---|---|
| Paul L. Mitchell | R. Charles Henn Jr. (*pro hac vice*) |
| Tex. Bar No. 14217920 | Sabina A. Vayner (*pro hac vice*) |
| (Fed. Bar. No. 07495) | Jessica A. Pratt (*pro hac vice*) |
| Brian C. Pidcock | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| Tex. Bar No. 24074895 | 1100 Peachtree Street, Suite 2800 |
| (Fed. Bar No. 1654553) | Atlanta, Georgia  30309-4528 |
| Joseph W. Golinkin II | Telephone:  (404) 815-6500 |
| Tex. Bar No. 24087596 | Facsimile:  (404) 815-6555 |
| (Fed. Bar No. 2515657) | |
| **ANDREWS KURTH LLP** | Larry McFarland (*pro hac vice*) |
| 600 Travis, Suite 4200 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| Houston, Texas  77002 | 9720 Wilshire Boulevard PH |
| Telephone:  (713) 220-3995 | Beverly Hills, California  90212-2018 |
| Facsimile:  (713) 238-7246 | Telephone:  (310) 777-3750 |
| | Facsimile:  (310) 388-5917 |

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Defendants' Response to Plaintiff's Motions in Limine was filed electronically using the CM/ECF system on September 8, 2015, which will automatically notify and effect service on all counsel of record for Plaintiff, who are deemed to have consented to electronic service via the Court's CM/ECF system, per L.R. 5.3.

                                        Paul L. Mitchell
                                        *Attorney for Defendants*