IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 4:13-cv-02906 |
| v. | ) ) |
| FX NETWORKS, LLC, TWENTIETH CENTURY FOX FILM CORPORATION, TWENTY-FIRST CENTURY FOX, INC., and FXX NETWORK, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal without prejudice of all claims in this action. The parties shall bear their own costs and attorneys' fees.

1

This 16th day of October, 2015.

/s/ David J. Beck
David J. Beck, *Attorney in Charge*
Alex B. Roberts
Michael E. Richardson
Joel T. Towner
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Louis T. Pirkey
Stephen P. Meleen
Tyson D. Smith
Alexandra H. Bistline
PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: (512) 322-5200
Facsimile: (512) 322-5201

*Attorneys for Plaintiff*

/s/ William H. Brewster
William H. Brewster,* *Attorney in Charge*
R. Charles Henn Jr.*
Sabina A. Vayner*
Jessica A. Pratt*
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Larry McFarland*
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Boulevard PH
Beverly Hills, California 90212-2018
Telephone: (310) 777-3750
Facsimile: (310) 388-5917

Paul L. Mitchell
Brian C. Pidcock
Joseph W. Golinkin II
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-3995
Facsimile: (713) 238-7246
*Admitted *pro hac vice*

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,                )<br>                                                                )<br>            Plaintiff,                             )<br>                                                                )    Civil Action No. 4:13-cv-02906<br>       v.                                                   )<br>                                                                )<br>FX NETWORKS, LLC, TWENTIETH )<br>CENTURY FOX FILM                       )<br>CORPORATION, TWENTY-FIRST )<br>CENTURY FOX, INC., and FXX        )<br>NETWORK, LLC,                                )<br>                                                                )<br>            Defendants.                      )  | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was filed electronically using the CM/ECF system on October 16, 2015, which will automatically notify and effect service on all counsel of record for Plaintiff, who are deemed to have consented to electronic service via the Court's CM/ECF system, per L.R. 5.3:

            *s/ William H. Brewster*
            William H. Brewster
            *Attorney for Defendants*